IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK STANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ATLAS SIGN INDUSTRIES OF NC, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:11-CV-0247-WSD |

## JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Plaintiff Mark Stanley and Defendant Atlas Sign Industries of NC, LLC (collectively, the "Parties"), by and through their attorneys, hereby move this Court for the entry of an Order approving their settlement and dismissing this case with prejudice. In support of this Motion, the Parties state:

1.     The Parties, through their respective counsel, stipulate to dismiss with prejudice the Complaint in this case, which alleges violations of the Fair Labor Standards Act.

2.     The Parties further stipulate that they have resolved their disputes pursuant to a Settlement Agreement and Release, a true and correct copy of which has been provided to the court. Pursuant to the terms of the Settlement Agreement, under which Defendant denies liability for the asserted claims, Defendant will pay

Plaintiff certain monies which the Parties agree represent full and fair compensation for any overtime wages/damages allegedly due to the Plaintiff by Defendant.

3.   The Parties respectfully request that the Court approve the terms of the Settlement Agreement because it is a fair and reasonable resolution of Plaintiff's claims and enter an Order to that effect. A proposed Consent Order is attached hereto as Exhibit A.  The Parties also respectfully request that the Court retain jurisdiction to enforce the Settlement Agreement once this Joint Motion is granted by the Court.

4.   All Parties have been represented by competent counsel.

WHEREFORE, Plaintiff Mark Stanley and Defendant Atlas Sign Industries of NC, LLC hereby move for the entry of an Order approving their Settlement Agreement as a fair, adequate and reasonable resolution of the claims raised in this litigation and dismissing this case with prejudice.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendants certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

- 3 -

Respectfully submitted this 26th day of April, 2011.

/s/ Thomas F. Martin
Thomas F. Martin
Georgia Bar No. 482595
tfmartin@martinandmartinlaw.com
Martin & Martin, LLP
Post Office Box 1070
Tucker, Georgia 30085-1070
Telephone: 770-344-7267
Facsimile:  770-837-2678

Attorney for Plaintiff

/s/ Henry F. Warnock
John L. Monroe, Jr.
Georgia Bar No. 516190
jmonroe@fordharrison.com
Henry F. Warnock
Georgia Bar No. 232668
hwarnock@fordharrison.com
Ford & Harrison LLP
271 17th Street, NW
Atlanta, Georgia 30363
Telephone: 404-888-3800
Facsimile:  404-888-3863

Attorneys for Defendant

Atlanta:530613.1