# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK STANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ATLAS SIGN INDUSTRIES OF NC, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:11-CV-0247-WSD |

**CONSENT ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

By consent of the Parties hereto, and the Court having reviewed the Settlement Agreement executed by the Parties, and being otherwise fully advised, it is therefore **ORDERED AND ADJUDGED** as follows:

1. The court hereby approves the Settlement Agreement submitted by the Parties in this case; and

2. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE** with each party to bear its own respective attorney's fees and costs.

**DONE AND ORDERED** in this ____ day of_____, 2011.

_____
Honorable William S. Duffey, Jr.
UNITED STATES DISTRICT JUDGE

Consented to by:

| | |
|---|---|
| /s/ Thomas F. Martin | /s/ Henry F. Warnock |
| Thomas F. Martin | John L. Monroe, Jr. |
| Georgia Bar No. 482595 | Georgia Bar No. 516190 |
| tfmartin@martinandmartinlaw.com | jmonroe@fordharrison.com |
| Martin & Martin, LLP | Henry F. Warnock |
| Post Office Box 1070 | Georgia Bar No. 232668 |
| Tucker, Georgia 30085-1070 | hwarnock@fordharrison.com |
| Telephone: 770-344-7267 | Ford & Harrison LLP |
| Facsimile:  770-837-2678 | 271 17th Street, NW |
| | Atlanta, Georgia 30363 |
| | Telephone: 404-888-3800 |
| | Facsimile:  404-888-3863 |
| Attorney for Plaintiff | Attorneys for Defendant |

Atlanta:530641.1