IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK STANLEY,

    Plaintiff,

v.

ATLAS SIGN INDUSTRIES OF NC, LLC,

    Defendant.

CIVIL ACTION NO.
1:11-CV-0247-WSD

## CONSENT ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

By consent of the Parties hereto, and the Court having reviewed the Settlement Agreement executed by the Parties, and being otherwise fully advised, it is therefore **ORDERED AND ADJUDGED** as follows:

1. The court hereby approves the Settlement Agreement submitted by the Parties in this case; and

2. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE** with each party to bear its own respective attorney's fees and costs.

**DONE AND ORDERED** in this 2nd day of May, 2011.

_____
Honorable William S. Duffey, Jr.
UNITED STATES DISTRICT JUDGE